**Electronically Filed**
**Supreme Court**
**SCWC-29283**
**30-AUG-2011**
**09:11 AM**

NO. SCWC-29283

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

———————————————————————————————

GEORGE SALAMACK, Respondent/
Plaintiff/Cross-Defendant-Appellee,

vs.

ERIKO SALAMACK, Petitioner/
Defendant/Cross-Plaintiff-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29283; FC-D NO. 06-1-0007)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Cross-Plaintiff-Appellant Eriko

Salamack's application for writ of certiorari filed on July 22,

2011, is hereby rejected.

DATED:  Honolulu, Hawai‘i, August 30, 2011.

Junsuke Otsuka (Otsuka &
Associates) on the
application for
petitioner/defendant-cross-
plaintiff-appellant.

Robert M. Harris, Edward R.
Lebb, and Paula S. Nakata on
the response for respondent/
plaintiff-cross-defendant-
appellee.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



———————————————————————

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.